FRANK, Appellant, *v.* MOONEY, Respondent.

(*Common Pleas of New York City and County, General Term.*  **October 26, 1892.**)

Appeal from seventh district court.
Action by Jake Frank against Bernard Mooney.
Argued before BISCHOFF and PRYOR, JJ.
*Samuel Hyman*, for appellant.  *Wm. Dole*, for respondent.
No opinion.  Judgment affirmed, with costs.

---

NELSON, Respondent, *v.* ALEXANDER, Appellant.

(*Common Pleas of New York City and County, General Term.*  **October 26, 1892.**)

Appeal from third district court.
Action by John F. Nelson against John V. Alexander.
Argued before BISCHOFF and PRYOR, JJ.
*D. A. Stephens*, for appellant.  *G. F. Eschbach*, for respondent.
No opinion.  Judgment affirmed, with costs.

---

STEHN, Respondent, *v.* CUNNINGHAM, Appellant.

(*Common Pleas of New York City and County, General Term.*  **October 27, 1892.**)

Appeal from tenth district court.
Action by John Stehn against Thomas Cunningham.
Argued before BISCHOFF and PRYOR, JJ.
*C. F. Swart*, for appellant.  *J. S. Gruber*, for respondent.
No opinion.  Judgment affirmed, with costs.

---

REILLY, Respondent, *v.* KORN, Appellant.

(*Common Pleas of New York City and County, General Term.*  **October 27, 1892.**)

Appeal from eleventh district court.
Action by Philip Reilly against Jacob Korn.
Argued before BISCHOFF and PRYOR, JJ.
*J. Steinert*, for appellant.  *J. C. West*, for respondent.
No opinion.  Judgment affirmed, with costs.

---

HAMMITT, Appellant, *v.* MOISSIN, Respondent.

(*Common Pleas of New York City and County, General Term.*  **October 27, 1892.**)

Appeal from second district court.
Action by Joseph Hammitt against John W. Moissin.
Argued before BISCHOFF and PRYOR, JJ.
*W. H. Blain*, for appellant.  *D. D. Sherman*, for respondent.
No opinion.  Judgment affirmed, with costs.

---

MALONEY, Respondent, *v.* CONDON, Appellant.

(*Common Pleas of New York City and County, General Term.*  **October 27, 1892.**)

Appeal from second district court.
Action by William Maloney against Joseph J. Condon.
Argued before BISCHOFF and PRYOR, JJ.
*J. J. Flynn*, for appellant.  *J. Callahan*, for respondent.
No opinion.  Judgment affirmed, with costs.

---

SHAW *v.* BROADWAY & S. A. R. Co.

(*Common Pleas of New York City and County, General Term.*  **November 7, 1892.**)

Action by Benjamin Shaw against the Broadway & Seventh Avenue Railroad Company.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
No opinion.  Order affirmed.